

NUMBER 13-10-00253-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

DAVID WAYNE BAILEY, Appellant,

v.

THE STATE OF TEXAS, Appellee.

On Appeal from the 36th District Court
of Aransas County, Texas.

## MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Rodriguez and Vela
Memorandum Opinion Per Curiam

Appellant, David Wayne Bailey, by and through his attorney, has filed a motion to dismiss his appeal because he no longer desires to prosecute it. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained,

and our mandate will issue forthwith.   Any pending motions are dismissed as moot.


PER CURIAM


Do not publish.
*See* TEX. R. APP. P. 47.2(b).
Delivered and filed the
18th day of November, 2010.